HEATHER WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCOS ANTONIO ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-0051 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE:  July 22, 2013 |
| MARCOS ANTONIO ROBLES, | ) ) | TIME:  10:00 A.M. JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 22, 2013 at 1:00 p.m. before Magistrate Judge McAuliffe **may be advanced to July 22, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

The parties have reached a resolution and Mr. Robles wishes to change his plea on his case.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 15, 2013        By:   /s/ *Karen A. Escobar*
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

HEATHER E. WILLIAMS

|   |   |
|---|---|
|   | Federal Defender |
| DATED: July 15, 2013 | By:  /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCOS ANTONIO ROBLES |

**O R D E R**

IT IS SO ORDERED.

Dated:   July 15, 2013

_____
SENIOR  DISTRICT  JUDGE